UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61764-CIV-DIMITROULEAS

WILLIAM HAGERTY,

      Plaintiff,

vs.

NEWREZ LLC dba SHELLPOINT
MORTGAGE SERVICING and
SELENE FINANCE LP,

      Defendants.

_____/

**ORDER GRANTING DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

**THIS CAUSE** came before the Court on defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing's (**Shellpoint**) unopposed motion for extension of time to respond to the amended complaint (**Motion**), and the court having reviewed the Motion and the record, and otherwise being duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED.**

2. Shellpoint shall file its response to the amended complaint on or before April 3, 2023.

**DONE AND ORDERED** in Miami-Dade County, Florida this \_\_\_\_ day of March 2023.

                                          _____
                                          **UNITED STATES DISTRICT JUDGE**

Copies furnished to: counsel of record

69276609;1