**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**WILLIAM HAGERTY.**                        **CASE NO. 22-cv-61764-WPD**

        Plaintiff,

   v.

**NEWREZ LLC dba SHELLPOINT**
**MORTGAGE SERVICING and SELENE**
**FINANCE LP**

      Defendants.

---

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE ELECTRONIC FILING NOTICES**

---

In accordance with Local Rule 11.1, Plaintiff William Hagerty ("Hagerty") asks the Court to permit Daniel A. Solar ("Mr. Solar"), a licensed member of the Ohio Bar, to appear *pro hac vice* in this matter, accompanied by counsel of record Jessica Kerr, who is a member of the Northern District of Florida Bar. Mr. Solar has undertaken the representation of Mr. Hagerty in this matter as co-counsel.

    1.    Mr. Solar is a lawyer licensed to practice law in Ohio. Mr. Solar is a member of the Ohio Bar and the U.S. District Courts for the Northern and Southern District of Ohio in good standing. Mr. Solar resides in Minnesota and regularly practices law in Ohio. Mr. Solar is an attorney for Dann Law, located at 15000 Madison Ave., Lakewood, OH 44107. A copy of Mr. Solar's Certificate of Good Standing for the Ohio Bar is attached.

    2.    Mr. Solar is familiar with the Local Rules of this District and the CM/ECF e-filing system.

    3.    Mr. Solar has an active upgraded PACER account and requests authorization to receive electronic notices of filing. Mr. Solar's email addresses are dsolar@dannlaw.com and

1

notices@dannlaw.com.

4.     Mr. Solar has appeared less than three times in the last 365 days in the Southern District of Florida.

5.     Mr. Solar is paying the required $208.00 *pro hac vice* admission fee for this case at the time of filing.

6.     Jessica Kerr, a member in good standing of the Southern District of Florida Bar, is co-counsel of record in this matter, and agrees to remain counsel during the duration of Mr. Solar's *pro hac vice* admission.

For these good reasons, Hagerty asks this court to permit Daniel M. Solar to appear *pro hac vice* in this matter.

Respectfully submitted,

/s/ *Daniel M.  Solar*
Daniel M. Solar (OH # 0085632)
**Dann Law**
15000 Madison Ave.
Lakewood, OH 44107
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
dsolar@dannlaw.com
notices@dannlaw.com

/s/ *Jessica Kerr*
Jessica Kerr
**The Advocacy Group**
111 N.E. 1st St., Fl. 8 #8517
Miami, FL 33132
Telephone: (954) 282-1858
jkerr@advocacypa.com
service@advocacypa.com

*Counsel for Plaintiff William Hagerty*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 4, 2023, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

<u>*/s/ Daniel M. Solar*</u>
Daniel M. Solar (OH # 0085632)
**Dann Law**
*Counsel for Plaintiff William Hagerty*

3

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 22-cv-61764-WPD**

**WILLIAM HAGERTY**

        Plaintiff,

vs.

**NEWREZ LLC dba SHELLPOINT**
**MORTGAGE SERVICING**
**and SELENE FINANCE LP**

        Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

        THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Daniel M. Solar, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

        ORDERED AND ADJUDGED that:

        The Motion is GRANTED.  Daniel M. Solar may appear and participate in this action on behalf of Plaintiff, William Hagerty.  The Clerk shall provide electronic notification of all electronic filings to Daniel M. Solar, at dsolar@dannlaw.com.

        DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

                                                                    _____
                                                                    United States District Judge

Copies furnished to: All Counsel of Record