UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61764-CIV-DIMITROULEAS

WILLIAM HAGERTY,

       Plaintiff,

vs.

NEWREZ LLC dba SHELLPOINT
MORTGAGE SERVICING and
SELENE FINANCE LP,

       Defendants.

_____/

## **ORDER**

THIS CAUSE came before the Court on Plaintiff William Hagerty's Notice in Response to Court Order D.E. 57 and D.E. 58, filed July 11, 2023. [DE 59]. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Plaintiff states that he will not be filing a Second Amended Complaint. Plaintiff is proceeding against Defendant Selene only as to all claims not dismissed in [DE 58]. Plaintiff is proceeding against Defendant Shellpoint only as to all claims not dismissed in [DE 57].

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants shall file their answers to the remaining counts in the Amended Complaint on or before **July 25, 2023**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of July, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record